

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-14-2011

# Shaher Alzaarir v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 10-1289

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Shaher Alzaarir v. Atty Gen USA" (2011). *2011 Decisions.* Paper 1343.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1343

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 9, 2011

No. 10-1289

SHAHER ALZAARIR,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent
(Agency No. A095-820-824)

Present:  RENDELL, JORDAN and VAN ANTWERPEN, Circuit Judges

Motion by Respondent to Publish Opinion Filed February 25, 2011.

Respectfully,
Clerk/tmk

_____ORDER_____
The foregoing motion is hereby GRANTED.

By the Court,

/s/Marjorie O. Rendell
Circuit Judge

Dated: April 14, 2011
tmk/cc: Manuel F. Rios, Esq.
Shelley Goad, Esq.
Julia J. Tyler, Esq.